

11-CV-00531-AF

Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| United States of America, | No. C11-531 RSL |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF DEFENDANT SNOHOMISH COUNTY |
| vs. | (CR 41(a)(1)(A)(ii)) |
| John A. Bosch; Elizabeth Bosch; Snohomish County; Beneficial Washington, Inc., dba Beneficial Mortgage Co., | |
| Defendant. | |

### I.   STIPULATION

Pursuant to CR 41(a)(1)(A)(ii), plaintiff, United States of America, and defendant, Snohomish County, by and through their counsel of record, stipulate that Snohomish County shall be dismissed from the above captioned action without costs to either party.

Dated this ___30th___ day of October, 2013.

MARK K. ROE
Snohomish County Prosecuting Attorney

By /s/
George B. Marsh, WSBA #26188
Deputy Prosecuting Attorney
Attorney for Snohomish County

JENNY A. DURKAN
United States Attorney

By: /s/ Kari M. Larson
Kari M. Larson,
Trial Attorney, Tax Division
U.S. Department of Justice
Attorney for Plaintiff

STIPULATION OF DISMISSAL - 1
S:\Civil\Litigation\USA v. Bosch C11-029 (USDC C11-531 RSL)\Pleadings\Stipulation of Dismissal.krm.docx

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330  Fax: (425)388-6333

## II. ORDER

Based upon the above stipulation of the Parties, It Is Ordered:

1. Snohomish County is dismissed from the above captioned action; and
2. No award of costs shall be made to either party.

Dated this ___ day of November, 2013.

_____
JUDGE

Presented By:

MARK K. ROE
Snohomish County Prosecuting Attorney

By_____
George B. Marsh, WSBA #26188
Deputy Prosecuting Attorney
Attorney for Defendants Snohomish County

Accepted as to form;
Notice of Presentation Waived:

JENNY A. DURKAN
Unites States Attorney

By: /s/ Kari M. Larson
Kari M. Larson
Trial Attorney, Tax Division
U.S. Dept. of Justice
Attorney for Plaintiff

STIPULATION OF DISMISSAL - 2
S:\Civil\Litigation\USA v. Bosch C11-029 (USDC C11-531
RSL)\Pleadings\Stipulation of Dismissal.krm.docx

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330  Fax: (425)388-6333